Argued November 1, affirmed November.13, 1973

In the Matter of Gary Douglas Edmonds, a child.

STATE ex rel JUVENILE DEPARTMENT OF
WASHINGTON COUNTY, *Respondent, v.*
EDMONDS (No. 8214), *Appellant.*

515 P2d 430

*L. M. Giovanini,* Beaverton, argued the cause and filed the briefs for appellant.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State ex rel Juv. Dept. v. Dunster,* 11 Or App 102, 501 P2d 996 (1972) ; *State ex rel Juv. Dept. v. Johnson,* 11 Or App 313, 501 P2d 1011 (1972), Sup Ct review denied (1973) ; and *State v. Weidner,* 6 Or App 317, 484 P2d 844, 487 P2d 1385 (1971).